UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff(s),<br><br>v.<br><br>ARTHUR ROSSI,<br><br>  Defendant(s). | 2:12-CR-471 JCM (CWH) |

**ORDER**

Presently before the court is defendant Arthur Rossi's motion for an order clarifying this court's sentencing order and/or for an amended judgment of conviction. (Doc. # 22). The government has not filed a response.

On May 29, 2013, this court sentenced the defendant to "(12) months total with a split sentence of (6) months custody and (6) months of home confinement." (*See* judgment doc. # 20). According to the defendant, the Federal Bureau of Prisons ("BOP") has indicated that the defendant will serve a total of 12 months custody. The BOP has misinterpreted the judgment.

The court hereby clarifies that the defendant shall serve a split sentence consisting of six (6) months in the custody of the BOP to be followed by six (6) months of home confinement. The duration and terms of supervised release remain as provided in the judgment of conviction.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion for an order clarifying sentencing (doc. # 22) be, and the same hereby is, GRANTED consistent with the foregoing.

DATED November 15, 2013.

_____
**UNITED STATES DISTRICT JUDGE**

James C. Mahan
U.S. District Judge

- 2 -